IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LATIN AMERICAN MUSIC CO., INC.

XXX-XX0536

Debtor(s)

CASE NO. 14-02290 ESL

Chapter 11

**FILED & ENTERED ON 12/02/2014**

### ORDER

The application for allowance of compensation filed by KELLY D TALCOTT, Special Counsel in the amount of $4686.60 (docket #44), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

In San Juan, Puerto Rico, this 2nd day of December, 2014.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    GERARDO L SANTIAGO PUIG
    US TRUSTEE
    KELLY D TALCOTT
    FINANCE DEPT.