IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF: | * | |
| | * | |
| ACEMLA DE PUERTO RICO, INC. | * | CASE NO. 14-02245 (ESL) |
| | * | |
| DEBTOR | * | CHAPTER 11 |
| | * | |

**UNITED STATES TRUSTEE'S OBJECTION
TO APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION
FILED AT DOCKET NUMBER 68**

TO THE HONORABLE COURT:

Guy G. Gebhardt, the Acting United States Trustee for Region 21, in furtherance of the administrative duties imposed pursuant to 11 U.S.C. §586(a), hereby files his objection to the *Application for Allowance of Interim Compensation* filed by special counsel Kelly D. Talcott, at docket number 68, on the following grounds:

1. On September 25, 2014, special counsel Kelly D. Talcott, filed an *Application for Allowance of Interim Compensation* (the "Application") (dkt. # 68).

2. The Application, at paragraph six (6), refers to an "enclosed statement of services performed". However, the statement of services performed is not attached to the Application. On September 29, 2014, the United States Trustee sent a written communication to special counsel addressing the deficiency in the Application and requesting the filing of the missing statement. To date, the statement of services performed has not been filed.

3. This Court has not yet acted on the Application.

Case:14-02245-ESL11 Doc#:74 Filed:10/24/14 Entered:10/24/14 14:11:38 Desc: Main
Document Page 2 of 4

UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION FILED AT DOCKET NUMBER 68
Bankruptcy Case No. 14-02245 (ESL), ACEMLA de Puerto Rico, Inc.                    Page **2** of **4**
_____

4. Therefore, the United States Trustee hereby requests that the Court deny the Application as filed.

WHEREFORE, the United States Trustee hereby requests that the Court deny the Application for Allowance of Interim Compensation filed by special counsel Kelly D. Talcott at docket number 68.

RESPECTFULLY SUBMITTED.

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- DAVID A CARRION BARALT    davidcarrionb@aol.com
- WALLY DE LA ROSA VIDAL    wdelarosa@cfse.gov.pr
- CARLA FERRARI LUGO    ferrarilugo@gmail.com, cflaw.bk@gmail.com
- MELISSA HERNANDEZ CARRASQUILLO    mehernandez@fgrlaw.com, rreimer@ascap.com
- MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
- PEDRO QUINONES SUAREZ    pquinones@scvrlaw.com, notices@scvrlaw.com;aescobar@scvrlaw.com;fsabater@scvrlaw.com;mortega@scvrlaw.com
- GERARDO L SANTIAGO PUIG    gsantiagopuig@gmail.com
- FREDDIE O TORRES GOMEZ    ftorres151@gmail.com, sueirolaw@me.com
- US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov

UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION FOR ALLOWANCE OF INTERIM
COMPENSATION FILED AT DOCKET NUMBER 68
Bankruptcy Case No. 14-02245 (ESL), ACEMLA de Puerto Rico, Inc.         Page **3** of **4**

_____

I DO HEREBY FURTHER CERTIFY that on this same date a true and exact copy of the foregoing has been sent by regular United States mail to debtor:

ACEMLA DE PUERTO RICO, INC.
BOX 366714
SAN JUAN, PR 00936

and to:

RICARDO CASTRO VARGAS
CASTRO VARGAS LAW OFFICES
CENTRO INTERNACIONAL DE MERCADEO
TORRE II SUITE 309
90 CARR 165
GUAYNABO, PR 00968

SAMUEL F PAMIAS PORTALATIN
ESTATE OF CATALINO CURET ALONSO
256 ELEANOR ROOSEVELT STREET
SAN JUAN, PR 00918

FREDDIE PEREZ GONZALEZ
FREDDIE PEREZ GONZALEZ & ASSOCIATES P.S.
PO BOX 193729
SAN JUAN, PR 00919-3729

DATED: October 24, 2014

                                                                                                               GUY G. GEBHARDT
Acting United States Trustee for Region 21

MONSITA LECAROZ ARRIBAS
Assistant United States Trustee

OFFICE OF THE UNITED STATES TRUSTEE
Ochoa Building
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION FOR ALLOWANCE OF INTERIM
COMPENSATION FILED AT DOCKET NUMBER 68
Bankruptcy Case No. 14-02245 (ESL), ACEMLA de Puerto Rico, Inc.   Page **4** of **4**
_____

[Electronically Filed]

By: */s/Nancy Pujals*
Nancy Pujals
Trial Attorney
USDC # 201103